UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SEAN DEAN OGLE,<br><br>                Petitioner,<br><br>vs.<br><br>WARDEN JAMES SALMONSEN, ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>                Respondents. | Case No. CV-24-136-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED Pursuant to the Order (Doc. 7) this matter is DISMISSED.

     Dated this 10th day of October, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ H. G.
                              H. G., Deputy Clerk